Commonwealth *v.* Garnet, Appellant.

Submitted December 8, 1972. *Michael L. Levy* and *Jonathan Miller,*

Assistant Defenders, and *Vincent J. Ziccardi,* Defender, for appellant; *Milton M. Stein,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.